Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21031 Ventura Blvd, Suite 340
Woodland Hills, CA 91364
Phone: 323-306-4234
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER GREIG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CONTINENTAL CREDIT CONTROL, INC.,<br><br>Defendants. | Case No. 2:24-cv-05770-JFW-KS<br><br>**NOTICE OF SETTLEMENT** |

NOW COMES THE PLAINTIFF, by and through his attorney, and hereby notifies the Court that he has reached a settlement as to Plaintiff's individual claims against Defendant CONTINENTAL CREDIT CONTROL, INC. Plaintiff and Defendant CONTINENTAL CREDIT CONTROL, INC. anticipate they will

be able to submit dismissal documents with prejudice as to Plaintiff's individual claims and without prejudice as to the alleged class claims within 60 days.

Dated: February 5, 2025

                LAW OFFICES OF TODD M. FRIEDMAN, P.C.

                By:  /s/ Todd M. Friedman
                      Todd M. Friedman
                      Law Offices of Todd M. Friedman, P.C.
                      Attorney for Plaintiff

# PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. On February 5, 2025, I served a true copy of the Notice of Settlement on all counsel of record via the ECF Filing System:

Executed on February 5, 2025.

[X] I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

[ ] I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

[X] I hereby certify under the penalty of perjury that the foregoing is true and correct.

By:   /s/ Todd M. Friedman
      Todd M. Friedman, Esq.
      Attorney for Plaintiff